IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2012-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**TOWN OF GEORGETOWN, COLORADO,**

       Defendant.

### ORDER UNSEALING CASE

Kane, J.

The court has determined that there is no basis for the sealing of this case, it is, therefore

ORDERED that this case is UNSEALED.

Dated this 26th day of September, 2007.

                                  BY THE COURT:

                                  S/**John L. Kane**
                                  Senior Judge, United States District Court